**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00912-REB-KLM

ERNEST DUNN,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC.,
ENCORE CAPITAL GROUP, INC.,
MYCAH STRUCK,
THOMAS F. FARRELL, P.C., d/b/a Farrell & Seldin, d/b/a Farrell & Seldin, Attorneys at Law,
THOMAS F. FARRELL,
BARRY A. SELDIN,
DAVID RODGERS ANDERSON,
ADAM NEWHOUSE,
PAMELA DOTSON, and
RYAN PARDUE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Unopposed Motion To Dismiss With Prejudice** [#5][1] filed April 11, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion To Dismiss With Prejudice** [#5] filed April 11,

---

[1] "[#5]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2013, is **GRANTED**; and

    2. That this action is **DISMISSED WITH PREJUDICE**.

Dated April 12, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge